PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Ryan Collins          Case Number: 3:07-00081

Name of Sentencing Judicial Officer: Honorable Robert L. Echols, United States District Judge

Date of Original Sentence: November 21, 2008

Original Offense: 21 U.S.C. § 841(a)(1) Distribution of Cocaine Base

Original Sentence: 72 months' custody followed by five years' supervised release

Type of Supervision: Supervised release          Date Supervision Commenced: October 7, 2011

Assistant U.S. Attorney: Blanche Cook          Defense Attorney: R. David Baker

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this ___ day of March, 2014,
and made a part of the records in the above case.

_Todd Campbell_
U.S. District Judge CAMPBELL

I declare under penalty of perjury that
the foregoing is true and correct.
Respectfully submitted,

_Kimberly Haney_
Kimberly Haney
U.S. Probation Officer

Place     Nashville, Tennessee

Date      February 26, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall refrain from any unlawful use of a controlled substance.**

   On February 19, 2013, Mr. Collins tested positive for cocaine use.

   Mr. Collins reported to the probation office on February 19, 2014, as instructed, for a random drug test. He submitted a urine specimen which tested positive for cocaine. Mr. Collins denied use. The specimen was sent to the laboratory for confirmation which was confirmed positive for cocaine.

   On February 20, 2014, Mr. Collins contacted the probation officer because he was concerned about his drug test. The probation officer asked Mr. Collins had he used cocaine, and he admitted that he obtained a cigarette laced with cocaine from a friend of his. Mr. Collins adamantly denies knowing the cigarette was laced with cocaine until he "took a few hits." Mr. Collins denies smoking the entire cigarette. Mr. Collins had not previously tested positive for any illegal drug use while on supervision.

**Compliance with Supervision Conditions and Prior Interventions:**

Ryan Collins began his term of supervised release on October 7, 2011. His term of supervision is scheduled to expire on October 6, 2014. Mr. Collins was previously employed through Automation Personnel Services, but he has some medical issues which has recently prevented him from working. He had been gainfully employed since the start of his supervision.

On February 19, 2014, a home contact was made at Mr. Collins' residence for compliance check of standard rules and conditions. He advised he was just released from the hospital on February 18, 2014, where he was diagnosed with asthma, bronchitis, and pleurisy. Mr. Collins provided the probation officer with documentation from the hospital verifying his medical diagnosis and the medications that were prescribed. Additionally, he provided the probation officer with documentation from the State of Tennessee Disability Determination Section regarding his application to receive disability benefits based upon his medical diagnosis. Mr. Collins has been admitted to the hospital several times within the past few months.

On February 25, 2014, the probation officer spoke with Mr. Collins and advised that he will be placed on a random drug testing program at the probation office, and he will be required to attend weekly substance abuse treatment at Centerstone Mental Health. He is amenable to treatment, although he adamantly denies knowing using an illegal substance.

## U.S. Probation Officer Recommendation:

At this time, the probation officer is respectfully recommending that Mr. Collins continue on supervised release with increased monitoring and drug testing by the probation officer to allow for participation in substance abuse treatment at Centerstone Mental Health. Any further non-compliant behavior will be promptly reported to Your Honor.

The U. S. Attorney's Office has been advised of the offender's noncompliance and concurs with this recommendation.


Approved: _____
                Britton Shelton
                Supervisory U.S. Probation Officer