PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Ryan Collins</u>     Case Number: <u>3:07-00081</u>

Name of Sentencing Judicial Officer: <u>Honorable Todd J. Campbell, United States District Judge</u>

Date of Original Sentence: <u>November 21, 2008</u>

Original Offense: <u>21 U.S.C. § 841(a)(1) Distribution of Cocaine Base</u>

Original Sentence: <u>72 months' custody followed by five years' supervised release</u>

Type of Supervision: <u>Supervised release</u>     Date Supervision Commenced: <u>October 7, 2011</u>

Assistant U.S. Attorney: <u>To be Determined</u>     Defense Attorney: <u>R. David Baker</u>

---

**THE COURT ORDERS:**

☒ No Action *at this time*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this ____ day of __Oct__, 2014,
and made a part of the records in the above case.

_____
Todd J. Campbell
U.S. District Judge

I declare under penalty of perjury that
the foregoing is true and correct.
Respectfully submitted,

_____
Robert W. Musser, Jr.
Chief U.S. Probation Officer

Place     Nashville, Tennessee

Date      October 24, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|

1. **The defendant shall refrain from any unlawful use of a controlled substance.**

   On October 20 and 22, 2014, Mr. Collins tested positive for cocaine use.

   Mr. Collins reported to the probation office on October 20, 2014, as instructed, for a random drug test. He submitted a urine specimen which tested positive for cocaine. Mr. Collins admitted use, stating that he had snorted two small lines while at a party over the weekend. The specimen was sent to the laboratory for confirmation.

   Mr. Collins reported to the probation office on October 22, 2014, as instructed, for a follow-up drug test. He submitted a urine specimen which tested positive for cocaine. After questioning, Mr. Collins admitted multiple uses: ½ gram on October 17, 2014; 1 gram (½ gram each at two separate times) on October 18, 2014; ½ gram on October 19, 2014; and less than ½ gram on October 21. The specimen was sent to the laboratory for confirmation.

   Mr. Collins had tested positive for illegal drug use only once, February 19, 2014, before this instance.

**Compliance with Supervision Conditions and Prior Interventions:**

Ryan Collins began his term of supervised release on October 7, 2011. His term of supervision is scheduled to expire on October 6, 2016. Mr. Collins was previously employed through Automation Personnel Services, but he has difficulty obtaining steady, full-time work. He had been gainfully employed since the start of his supervision through the beginning of 2014.

Subsequent to the positive urine test submitted by Mr. Collins on February 19, 2014, he was referred to weekly group counseling at Centerstone and placed on a random drug testing program at the probation office.

On October 22, 2014, the probation officer met with Mr. Collins at length. Mr. Collins described numerous stressors that he is currently experiencing. He was advised that he will continue the random drug testing program at the probation office and he will be required to continue attending weekly substance abuse treatment at Centerstone Mental Health. Additionally, Mr. Collins will attend one individual session per month to work on the personal stressors which led to his relapse. He is amenable to treatment and looks forward to working on a variety of issues.

## U.S. Probation Officer Recommendation:

At this time, the probation officer is respectfully recommending that Mr. Collins continue on supervised release with increased monitoring and drug testing by the probation office, participation in weekly group substance abuse treatment at Centerstone Mental Health, and participation in an additional monthly individual treatment session. Any further non-compliant behavior will be promptly reported to Your Honor.

The U. S. Attorney's Office has been advised of the offender's noncompliance and concurs with this recommendation.